IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC | |
| Plaintiff, | Case 1:13-cv-00466-TSE-IDD |
| v. | |
| TIME INC. | |
| Defendant. | |

**DEFENDANT TIME INC'S MOTION TO TRANSFER VENUE TO
THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Time Inc. ("Time"), by counsel, hereby moves, pursuant to 28 U.S.C. §

1404(a), to transfer venue of this matter to the Southern District of New York.  The grounds for

this motion are more fully set forth in Time's Memorandum in Support of Motion to Transfer

Venue, which is filed herewith.

**TIME INC.**


By:  _____/s/_____
Robert A. Angle, VSB #37691
Dabney J. Carr, IV, VSB #28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

<u>Of Counsel</u>:
J. Christopher Carraway (OR Bar No. 961723)
(*Pro Hac Vice Motion Pending*)
**KLARQUIST SPARKMAN, LLP**
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301
christopher.carraway@klarquist.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system.  A copy of the foregoing will also be sent by email to the following:

Christopher M. Joe
Chris.Joe@BJCIPLaw.com
Eric W. Buether
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
Brian.Carpenter@BJCIPLaw.com
Niky Bukovcan
Niky.Bukovcan@BJCIPLaw.com
Buether Joe and Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201


By:     _____/s/_____
Robert A. Angle, VSB #37691
Dabney J. Carr, IV, VSB #28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com